# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00298-CV

### K. R. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

#### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY
#### NO. 21-1053, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant K.R.R., appearing pro se, seeks to appeal from the trial court's judgment terminating her parental rights and naming the Department as managing conservator of her child. The notice of appeal includes a statement indicating that she "intend[s] to make an application as an indigent citizen for a court-appointed attorney for this appeal." However, nothing in the record before this Court demonstrates that any indigency determination has been made. On August 27, 2021, the Clerk of this Court sent a notice to K.R.R. stating that her appellant's brief was late and requesting a response by September 6, 2021. To date, no brief and no response have been filed.

On our own motion, we abate this appeal and remand to the trial court for further proceedings. We instruct the trial court to determine whether K.R.R. wishes to proceed on appeal, whether she is indigent, and whether she is entitled to the appointment of counsel to

represent her in this appeal. *See In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (explaining that "[i]n Texas, there is statutory right to counsel for indigent persons in parental-rights termination cases" (citing Tex. Fam. Code § 107.013)).

The trial court is also directed to hold any hearings it deems necessary to comply with this order and require K.R.R., prior to any hearing to determine her indigence, to file an affidavit of indigency under Rule 145(b) of the Rules of Civil Procedure. *See* Tex. R. Civ. P. 145(b); Tex. Fam. Code § 107.013(d). Any hearing shall be recorded, and a supplemental reporter's record from these hearings shall be filed with the Clerk of this Court on or before September 27, 2021. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for appellate court's final disposition). Should the trial court determine that K.R.R. is indigent and entitled to appointment of counsel, the trial court is directed to appoint counsel and provide counsel's name, address, telephone number, and state bar number to the Clerk of this Court immediately upon appointment. Any orders issued by the trial court, including findings of fact and conclusions of law, shall be included in a supplemental clerk's record and filed with the Clerk of this Court on or before September 27, 2021.

This appeal will be reinstated upon the date the supplemental clerk's record is filed with this Court or thirty days from the date of this order, whichever is later.

It is ordered on September 13, 2021.


Before Justices Goodwin, Baker, and Smith

Abated and Remanded

Filed:   September 13, 2021

2